[No. 13466-7-II. Division Two. April 18, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L. HUGG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 88-1-01066-8, Robert L. Harris, J., entered November 22, 1989. *Dismissed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 13349-1-II. Division Two. April 18, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE B. BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00235-1, James I. Maddock, J., entered September 20, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 10029-4-III. Division Three. April 18, 1991.]

ROBERT G. EMERSON, *Respondent*, v. DEVA MARTENSEN, *Individually and as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 87-2-00233-3, Stephen M. Brown, J., entered April 17, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Shields, J.